¶                                    THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EYE CARE OF SNOHOMISH, INC., | No. 2:12-cv-00203-JCC |
| Plaintiff, | DECLARATION OF RYAN SPEAR IN SUPPORT OF MOTION OF PERKINS COIE LLP FOR LEAVE TO WITHDRAW |
| v. | |
| CHEMAT TECHNOLOGY, INC., d/b/a CHEMALUX, INC. | |
| Defendant. | |

I, Ryan Spear, hereby declare as follows:

1.      I am an attorney with Perkins Coie LLP, which represents defendant Chemat Technology, Inc. ("Chemat") in this litigation. I am over the age of 18 and competent to testify as to the matters in this Declaration. I make this Declaration based on my personal knowledge.

2.      On April 16, 2013, I informed defendant Chemat via letter that Perkins Coie intended to seek leave to withdraw as counsel of record for Chemat, that Chemat is required by law to be represented by an attorney admitted to practice before this Court, and that Chemat is required to maintain local counsel. Attached as **Exhibit A** is a true and correct copy of that letter, redacted to protect any arguably privileged or confidential information. On April 26, 2013, I again informed defendant Chemat via email that Perkins Coie intended to seek leave to withdraw as counsel for Chemat. Attached as **Exhibit B** is a true and correct copy of that email message, redacted to protect any arguably privileged or confidential information.

SPEAR DECLARATION
(NO. 2:12-CV-00203-JCC) – 1

LEGAL26388524.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on May 2, 2013 at Seattle, Washington.

By:   /s/ Ryan Spear

SPEAR DECLARATION
(NO. 2:12-CV-00203-JCC) – 2

LEGAL26388524.1

# EXHIBIT A



*Perkins Coie*

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

Ryan Spear
PHONE: (206) 359-3039
FAX:  (206) 359-4039
EMAIL: RSpear@perkinscoie.com

April 16, 2013

**VIA EMAIL AND U.S. MAIL**

Henry Zheng
President, Chemat Technology, Inc.
9036 Winnetka Ave.
Northridge, CA  91324
hzheng@chemat.com

Re:     *Eye Care of Snohomish, Inc. v. Chemat Technology, Inc.*

Dear Henry:

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
███████████████████████████████  I therefore write to inform you
that Perkins Coie intends to file a motion no later than April 18, 2013 seeking leave to withdraw
from this case as counsel of record for Chemat. Going forward, Chemat is required by law to be
represented by an attorney admitted to practice before the United States District Court for the
Western District of Washington and to maintain local counsel. *See* Western District of
Washington Local Civil Rules 83.1(d) and 83.2(b).

Very truly yours,

Ryan Spear

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.

Perkins Coie LLP

# EXHIBIT B



**From:** Spear, Ryan M. (Perkins Coie)
**Sent:** Friday, April 26, 2013 4:57 PM
**To:** 'Teri Pham'
**Cc:** Haixing Zheng
**Subject:** RE: Eye Care of Snohomish v. Chemat Technology, Inc.

Hi Teri,

Perkins will need to file its motion to withdraw next week.

As I said in my voicemail, I am available to discuss this issue with you or Henry over the weekend. My cell number is 206-437-4211.

Thanks,

Ryan

**Ryan Spear | Perkins Coie LLP**
PHONE: 206.359.3039
FAX: 206.359.4039

